ORIGINAL

**WARNING:**   **THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICAH SMITH
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Micah.Smith@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2018

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

**SEALED**

**BY ORDER OF THE COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | )   MAG. NO.  18-1381 KJM |
|  | ) |
| Plaintiff, | )   CRIMINAL COMPLAINT; |
|  | )   AFFIDAVIT IN SUPPORT OF |
| v. | )   CRIMINAL COMPLAINT |
|  | ) |
| ALEXANDER K. AKUNA, JR., | ) |
| and CLINT KANEKO, | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true

and correct to the best of my knowledge and belief.

## COUNT 1

**Possession with Intent to Distribute Methamphetamine**

On or about December 18, 2018, within the District of Hawaii,

ALEXANDER K. AKUNA, JR., the defendant, did knowingly and intentionally

possess with intent to distribute 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, its sales, isomers, and salts

of its isomers, a Schedule II controlled substance, all in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

**Possession of Firearms after Sustaining Felony Convictions**

On or about December 18, 2018, within the District of Hawaii,

ALEXANDER K. AKUNA, JR., and CLINT KANEKO, the defendants, having

each been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess in and affecting interstate commerce,

firearms, namely, a Smith and Wesson .40 caliber, semi-automatic pistol, model

SD40VE, a Colt SP-1 .223 caliber rifle, and a Mossberg 500 12-gauge shotgun,

said firearms having been previously shipped and transported in interstate

commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Task Force Officer with the Federal Bureau of

Investigation, and that this Complaint is based upon the facts set forth in the

attached "Affidavit in Support of Criminal Complaint", which is incorporated

herein by reference.

DATED:  December 19, 2018, Honolulu, Hawaii.

CLINT IGE
Task Force Officer, FBI

Sworn to before me and
subscribed in my presence
this 19th day of December,
2018, at Honolulu, Hawaii

RICHARD L. PUGLISI
United States Magistrate Judge
District of Hawaii

3

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

CLINT IGE, after being duly sworn, deposes and states as follows:

1.     I am a Detective with the Honolulu Police Department ("HPD") and have been since 1998. I am currently assigned as a Task Force Officer with the Hawaii Violent Crimes Task Force, which is comprised of FBI Special Agents and HPD personnel. Our principal responsibility is to investigate violent gang-related activities, including but not limited to narcotics trafficking in Hawaii.

2.     The information contained in this affidavit is based on my personal knowledge and my training and experience, information obtained from other law enforcement personnel, and witnesses. This affidavit is intended merely to show that there is probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

3.     Based on the facts as set forth in this affidavit, and my training and experience, there is probable cause to believe that ALEXANDER K. AKUNA, JR., the defendant, committed a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) (possession of a controlled substance with intent to distribute), and that AKUNA and CLINT KANEKO, the defendants, committed a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of firearms).

## PROBABLE CAUSE

### The State Search Warrant

4.      On December 18, 2018, officers from the HPD's Specialized Service Division and the District-4 Crime Reduction Unit executed a State of Hawaii search warrant that authorized the search of (a) the premises and curtilage of a location on Hololio Street, Kaneohe, Hawaii, described as a single-story, single-family dwelling (the "Premises"); (b) the person of ALEXANDER K. AKUNA, JR., the defendant, and the personal effects found on AKUNA at the time of the execution of the search warrant, wherever he may be lawfully found; (c) a gray Dodge Challenger, two-door sedan, bearing State of Hawaii license plates "EF966"; and (d) any and all closed containers located in or on the Premises or on AKUNA.

5.      During the search pursuant to the above-described warrant, ALEXANDER K. AKUNA, JR., the defendant, was found to be present in one of the bedrooms of the Premises together with another individual ("Individual-1"), and CLINT KANEKO, the defendant, was found to be in a separate bedroom in the Premises.  In addition, the following items were found:

a.      Approximately 4,720 gross grams of methamphetamine (confirmed by field-test) were recovered from the bedroom where AKUNA and Individual-1 were located.  The majority of the methamphetamine was found in

2

two packages, one containing approximately 2,234 grams of methamphetamine, and the other containing approximately 2,238 grams of methamphetamine. Both packages were recovered from a duffle bag in AKUNA's bedroom. The remaining 248 grams of methamphetamine was recovered from a black colored fanny-bag found on a nightstand next to AKUNA's bed. Contained within the same black colored fanny-bag was a men's wallet containing a State of Hawaii identification for AKUNA.

b.    A Smith and Wesson .40 caliber, semi-automatic pistol, model SD40VE, was located in the bedroom occupied by KANEKO.

c.    A .40 caliber, semi-automatic pistol, was located in the arm rest console of the couch in the living room.

d.    A Colt SP-1 .223 caliber rifle and a Mossberg 500 12-gauge shotgun were recovered from the trunk of the gray Dodge Challenger parked fronting the residence.

e.    Approximately $8,256.00 was recovered from the Premises.

**The Federal Search Warrant**

6.    On December 18, 2018, after the state search warrant had been executed, law enforcement agents executed a search warrant that was signed and authorized by the Honorable Richard L. Puglisi, United States Magistrate Judge for the District of Hawaii for vehicles located at the Premises. During the execution of

the federal search warrant, law enforcement agents recovered, among other things, drug paraphernalia from a vehicle that was parked in the driveway fronting the Premises. Specifically, law enforcement agents recovered glass pipes, some of which appear to have drug residue.

7. From a review of HPD records, I am aware that both ALEXANDER K. AKUNA, JR., and CLINT KANEKO, the defendants have prior felony convictions. Specifically, AKUNA has ten prior felony convictions and KANEKO five prior felony convictions.

8. From my training and experience, and from speaking with other law enforcement officers with specialized training and experience in investigating controlled substances offenses, I know that the amount of methamphetamine found in the Premises is not an amount consistent with personal use, meaning that it is an amount of methamphetamine that an individual generally would possess for the purpose of distribution.

9. An ATF Interstate Nexus Special Agent determined that the Smith and Wesson .40 caliber, semi-automatic pistol, model SD40VE, the Colt SP-1 .223 caliber rifle, and the Mossberg 500 12-gauge shotgun were manufactured outside the State of Hawaii. This means that the firearms were transported across state lines before they were possessed by ALEXANDER K. AKUNA, JR., and CLINT KANEKO, the defendants.

## CONCLUSION

10.    Based on the foregoing facts, I respectfully submit that probable cause

exists to believe that ALEXANDER K. AKUNA, JR., and CLINT KANEKO, the

defendants, committed the aforementioned offenses.

Respectfully submitted,

CLINT IGE
Task Force Officer
Federal Bureau of Investigation

This Criminal Complaint and Affidavit in support thereof were
presented to, approved by, and probable to believe that the defendant
above-named committed the charged crime found to exist by the
undersigned Judicial Officer at *19* on December 19, 2018.

Subscribed and sworn to before me,
this 19th day of December, 2018.

RICHARD L. PUGLISI
United States Magistrate Judge
District of Hawaii

5